UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PULSE-LINK INCORPORATED, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TZERO TECHNOLOGIES, ) <br> INCORPORATED, ) <br> ) <br> Defendant; ) <br> _____ ) <br> ) <br> And related counterclaims. ) <br> _____ ) | Civil No. 07cv1125-L(AJB) <br><br> **ORDER GRANTING JOINT MOTION TO STAY LITIGATION PENDING *INTER PARTES* REEXAMINATION IN THE UNITED STATES PATENT AND TRADEMARK OFFICE** |

The parties filed a joint motion seeking to stay this action pending the United States Patent and Trademark Office's ("PTO") consideration of their petition for reexamination of United States Patent No. 6,970,448 ("'448 Patent") and, if the petition is granted, the reexamination of the '448 Patent. Because this case is in its early stages and because a reexamination is likely to simplify the issues before this court, the joint motion for stay is **GRANTED**.

**IT IS HEREBY ORDERED THAT**:

1. All proceedings in this case, including discovery, are **STAYED** and all hearing dates set on the court's calendar are **VACATED**.

/ / / / /

  2. Because a reexamination can take up to two or more years, this case is **TEMPORARILY CLOSED**.  Either party may file an ex parte application to reopen the case after either (a) the PTO denies Tzero Technologies, Incorporated's ("Tzero") request for reexamination of the '448 Patent; or (b) the PTO issues a reexamination certificate for the '448 Patent.  The ex parte application shall be filed no later than thirty (30) calendar days after either event, and shall include a copy of the PTO's denial of the petition for reexamination or a copy of the reexamination certificate.

  3. Upon reopening of the case, the parties shall comply with their respective outstanding discovery obligations and shall schedule a case management conference before the Hon. Anthony J. Battaglia to reset case management dates.  Neither party shall argue that the passage of time due to the stay prejudiced them or that it justifies delaying resolution of this case.

  **IT IS SO ORDERED**.

DATED: July 21, 2008

M. James Lorenz
United States District Court Judge

COPY TO:

HON. ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL